**PAM FOSTER FLETCHER**
JUDGE
ANDERSON COUNTY
COURTHOUSE
500 NORTH CHURCH, SUITE 30
PALESTINE, TEXAS 75801
(903) 723-7415
(903) 723-7803 Fax
HOUSTON COUNTY
COURTHOUSE
401 EAST HOUSTON AVENUE
CROCKETT, TEXAS 75835
(936) 544-3255, EXT. 205
(936) 545-0382 Fax



**MISTY McADAMS**
OFFICIAL COURT REPORTER
PALESTINE, TEXAS
mcadamsreporting@windstream.net

# 349th JUDICIAL DISTRICT

## ANDERSON AND HOUSTON COUNTIES

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 1 5 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

April 14, 2015

Twelfth Court of Appeals
1517 West Front Street, Ste. 354
Tyler, TX 75702

**RE:** Cause Number:           12-13-00333-CR
Trial Court Case Number:   12CR-115

**Style:** Wilbert Walker
v.
The State of Texas

In compliance with the Courts letter dated April 8, 2015, enclosed is the Exhibit S-1 for the above reference cause number.

Sincerely,

Misty McAdams
349th District Court Reporter

Copy to file

**ENCLOSURE:**
**Exhibit CD #12CR-115 Wilbert Walker**